UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.18-cv-60932-SMITH/VALLE

LUIS JOSE FIGUEROA POLANCO,

    Plaintiff,

vs.

IGOR & COMPANY, INC., ET AL.,

    Defendants.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION TO DISTRICT COURT, GRANTING MOTION FOR DEFAULT JUDGMENT, GRANTING IN PART MOTION FOR ATTORNEYS' FEES AND GRANTING IN PART MOTION FOR COSTS

THIS CAUSE is before the Court on the Report and Recommendation to District Judge [DE 36], in which the Magistrate Judge recommends: (i) granting Plaintiff's Motion for Entry of Final Default Judgment [DE 30]; (ii) granting in part and denying in part Plaintiff's Verified Motion for Award of Attorneys' Fees Against Defendant Out of Time Towing & Recovery, Inc. [DE 31]; and (iii) granting in part and denying in part Plaintiff's Verified Motion and Memorandum of Law in Support of Bill of Costs [DE 32]. No objections have been filed to the Report and Recommendation. Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

**ORDERED** that

1. The Report and Recommendation to District Judge [DE 36] is **AFFIRMED and ADOPTED.**

2. Plaintiff's Motion for Entry of Final Default Judgment [DE 30] is **GRANTED.**

3. Plaintiff's Verified Motion for Award of Attorneys' Fees Against Defendant Out of Time Towing & Recovery, Inc. [DE 31] is **GRANTED in part and DENIED in part.** Plaintiff

is awarded $13,440.00 in attorneys' fees.

4. Plaintiff's Verified Motion and Memorandum of Law in Support of Bill of Costs [DE 32] is **GRANTED in part and DENIED in part.** Plaintiff is awarded $448.75 in costs.

5. The Court will enter a separate judgment against Defendant Out of Time Towing & Recovery, Inc.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 23 day of August, 2019.

_____
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc: All parties of record