# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## CASE NO. 18-60932-SMITH/VALLE

LUIS JOSE FIGUEROA POLANCO,

      Plaintiff,

      vs.

IGOR&COMPANY, *et al.*,

      Defendants.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Magistrate Judge's Report and Recommendation to District Judge [DE 88], in which the Magistrate Judge recommends granting in part Plaintiff's Verified Motion for Award of Attorneys' Fees [DE 74] and recommends amending the Amended Final Default Judgment to reflect the award of attorney's fees.  No objections have been filed to the Report and Recommendation.  Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

**ORDERED** that

1.     The Magistrate Judge's Report and Recommendation to District Judge [DE 88] is **AFFIRMED and ADOPTED.**

2.     Plaintiff is awarded $22,068.75 in attorney's fees.

3.     The Court will file a separate amended judgment.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 21st day of January, 2022.

**RODNEY SMITH**
**UNITED STATES DISTRICT JUDGE**

cc:    All parties of record